ORIGINAL

FILED
JUN 17 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

WESTON SOLUTIONS, INC.
Plaintiff,
v.
THE UNITED STATES,
Defendant.

No. 08-444 C

**RULE 7.1 DISCLOSURE STATEMENT OF WESTON SOLUTIONS, INC.**

Pursuant to RCFC 7.1, Weston Solutions, Inc. hereby submits this disclosure statement. Weston Solutions, Inc. is a Pennsylvania corporation whose parent corporation is Weston Solutions Holding, Inc., and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777
215-542-2779 (fax)
mhp@phslegal.com

Attorney of Record for
Weston Solutions, Inc.

Dated: 6-16-08