# In the United States Court of Federal Claims

No. 08-444 C

(E-Filed: June 17, 2008)

| | |
|---|---|
| WESTON SOLUTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court will hold a Telephonic Status Conference (TSC) on Wednesday, June 18, 2008, at 10:00 a.m. Eastern Daylight Time. A Sprint operator will initiate the call. A courtesy copy of this order shall be provided by facsimile to counsel for the prospective intervenor at (716) 684-0844.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge