IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-444C |
| | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of William P. Rayel, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/William P. Rayel

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0302
Facsimile: (202) 307-0972
Email: William.Rayel@udsoj.gov

Dated: June 17, 2008

CERTIFICATE OF FILING

I hereby certify that on June 17, 2008 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/William P. Rayel