# In the United States Court of Federal Claims

No. 08-444 C

(E-Filed: June 18, 2008)

WESTON SOLUTIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

ECOLOGY & ENVIRONMENT, INC.,

Defendant-Intervenor.

ORDER

The court held a telephonic status conference (TSC) on June 18, 2008 at 10:00 a.m. Eastern Daylight Time with counsel to plaintiff, Weston Solutions, Inc. (Weston), Mr. Michael Payne, defendant's counsel, Mr. William Rayel, counsel for proposed defendant-intervenor, Ecology & Environment, Inc. (Ecology), Mr. Thomas C. Papson, in-house counsel for Ecology, Ms. Colleen Westfall, and agency counsel, Mr. Jonathan Baker. During the TSC Mr. Papson made an oral motion on behalf of Ecology for permission to intervene, which the court GRANTED. Counsel for defendant-intervenor, Ecology, shall file an appearance with the court today, June 18, 2008.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge