# In the United States Court of Federal Claims

No. 08-444 C

(E-Filed: June 18, 2008)

| | |
|---|---|
| WESTON SOLUTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |
| and | ) |
| ECOLOGY & ENVIRONMENT, INC., | ) |
| Defendant-Intervenor. | ) |

ORDER

Before the court is plaintiff's Motion for Leave to File Under Seal Plaintiff's Complaint and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, and Declaratory Judgment (plaintiff's Motion), filed June 17, 2008. For the reasons stated therein, plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge