# In the United States Court of Federal Claims

No. 08-444 C

(E-Filed: June 18, 2008)

| | |
|---|---|
| WESTON SOLUTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |
| and | ) |
| ECOLOGY & ENVIRONMENT, INC., | ) |
| Defendant-Intervenor. | ) |

## ORDER

The court held a telephonic status conference (TSC) on June 18, 2008 at 10:00 a.m. Eastern Daylight Time (EDT) with counsel to plaintiff, Weston Solutions, Inc. (Weston), Mr. Michael Payne, defendant's counsel, Mr. William Rayel, counsel for proposed defendant-intervenor, Ecology & Environment, Inc. (Ecology), Mr. Thomas C. Papson, in-house counsel for Ecology, Ms. Colleen Westfall, and agency counsel, Mr. Jonathan Baker. Further to the TSC, the court provides the following directive concerning the content of the Administrative Record (AR) to be filed with the court:[1]

[1]In addition to filing the Administrative Record (AR) electronically, one paper copy of the AR shall be provided to chambers through the Office of the Clerk of the Court no later than 5:00 p.m. Eastern Daylight Time (EDT) on Monday, June 30, 2008. The parties shall also, in accordance with the Rules of the United States Court of Federal Claims (RCFC) Appendix E, Part IV, ¶ 10, provide to chambers in paper form a courtesy copy of any document, which,
(continued...)

As contemplated by RCFC 52.1(a), defendant shall, for the purpose of permitting the court to evaluate plaintiff's pending complaint, assemble, file, and serve upon opposing counsel on or before 5:00 p.m. EDT on Monday, June 30, 2008, a continuous Bates-stamped AR to include all documents[2] related to (i) the preparation and/or promulgation, including all amendments, of Solicitation No. PR-R5-07-10242 (the Solicitation); (ii) the proposals, including all amendments to proposals, submitted by Weston and Ecology in response to the Solicitation; (iii) the award of the contract under the Solicitation including, without limitation, all documents relating to the evaluation of the proposals of Weston and Ecology and all communications between Weston and defendant and all communications between Ecology and defendant; and (iv) all debriefing documents and records related to the debriefing of Weston.

The court has before it plaintiff's Application for Temporary Restraining Order, plaintiff's Motion for Preliminary Injunction, and plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, and Declaratory Judgment. Further to the TSC, plaintiff's Application for Temporary Restraining Order and plaintiff's Motion for Preliminary Injunction are MOOT. Plaintiff's Motion for permanent injunctive relief and declaratory judgment will be addressed in the following briefing schedule in accordance with Rule 52.1(b) of the Rules of the United States Court of Federal Claims (RCFC).

1. Plaintiff shall file with the court, and serve on defendant and defendant-intervenor, its motion for judgment on the AR on or before Monday, July 21, 2008 at or before 5:00 p.m. EDT.

2. Defendant and defendant-intervenor shall file their respective motions for judgment on the AR and responses to plaintiff's motion on or before Thursday, August 7, 2008 at or before 5:00 p.m. EDT.

3. Plaintiff shall file its reply to defendant's and defendant-intervenor's responses and its response to defendant's and defendant-intervenor's

---

[1](...continued)
including exhibits or attachments, would exceed 50 pages when printed.

[2]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

motions on or before Thursday, August 21, 2008 at or before 5:00 p.m. EDT.

4. Defendant and defendant-intervenor shall file their respective replies to plaintiff's response on or before Tuesday, September 2, 2008 at or before 5:00 p.m. EDT.

5. The court will hear oral argument on the merits at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Friday, September 5, 2008 at 9:30 a.m. EDT.

While the TSC was digitally recorded, a transcript of the proceeding has not been prepared. If the parties do not believe that this Order accurately reflects the schedule or any other matter discussed during the TSC held on Wednesday June 18, 2008, the parties are urged to contact the court at their earliest convenience. The parties are also urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge