# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WESTON SOLUTIONS, INC., Plaintiff, | No. 1:08-cv-00444 |
| v. | Hon. Emily C. Hewitt |
| UNITED STATES OF AMERICA, Defendant, | |
| and | |
| ECOLOGY & ENVIRONMENT, INC. Defendant-Intervenor. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas C. Papson as Counsel of Record for Defendant-Intervenor Ecology and Environment, Inc., in the above-referenced action.

Respectfully submitted,

By: s/Thomas C. Papson

Thomas C. Papson
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7639

Attorney of Record for
Ecology and Environment, Inc.

Of Counsel:

Jason N. Workmaster
Jeffrey Corsetti
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

June 18, 2008