# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WESTON SOLUTIONS, INC., Plaintiff, | No. 1:08-cv-00444 |
| v. | Hon. Emily C. Hewitt |
| UNITED STATES OF AMERICA, Defendant, | |
| and | |
| ECOLOGY & ENVIRONMENT, INC. Defendant-Intervenor. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey Corsetti as Of Counsel for Defendant-Intervenor Ecology and Environment, Inc., in the above-referenced action.

Respectfully submitted,

By: s/Jeffrey Corsetti
by s/Thomas C. Papson

Jeffrey Corsetti
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7422

Of Counsel for
Ecology and Environment, Inc.

Attorney of Record:

Thomas C. Papson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7639

Of Counsel:

Jason N. Workmaster
Jeffrey Corsetti
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

July 18, 2008