IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-444 C<br>(Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| ECOLOGY & ENVIRONMENT, INC., | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT-INTERVENOR'S MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.1(c)(4) of the Rules of the Court of Federal Claims, Defendant-Intervenor, Ecology & Environment, Inc., hereby moves to substitute Michael A. Branca, Peckar & Abramson, P.C., as its Attorney of Record in this matter. Thomas Papson of McKenna Long & Aldridge LLP will no longer be representing Ecology & Environment, Inc. An Affidavit of Appointment is attached hereto as Exhibit 1. Mr. Papson's consent to the substitution of counsel is attached hereto as Exhibit 2. Executed Applications for Access to Information Under Protective Order for Michael A. Branca and Lori Ann Lange are attached hereto as Exhibit 3.

WHEREFORE, Ecology & Environment, Inc. respectfully requests that the Court grant its Motion for Substitution of Counsel.

Respectfully submitted,

s/ Michael A. Branca
Peckar & Abramson, P.C.
1133 21st Street, N.W.
Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
mbranca@pecklaw.com
Counsel for Ecology and Environment, Inc.

Dated: June 27, 2008

Of Counsel:
Lori Ann Lange
Peckar & Abramson, P.C.
1133 21st Street, N.W.
Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
llange@pecklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2008, a copy of the foregoing Defendant-Intervenor's Motion for Substitution of Counsel was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael A. Branca