**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-444 C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ECOLOGY & ENVIRONMENT, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

AFFIDAVIT OF APPOINTMENT

I, Michael A. Branca, solemnly affirm under the penalties of perjury that the following is true based on my personal knowledge:

1. I am over 18 years of age and am competent to testify to the facts stated herein.

2. On June 25, 2008, Ecology and Environment, Inc. retained Peckar & Abramson, P.C. and me to represent it in the above-captioned bid protest.

FURTHER THE AFFIANT SAYETH NOT.

Michael A. Branca

244713.01/06/27/08