IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:08-CV-00444 |
| THE UNITED STATES, | ) | Hon. Emily C. Hewitt |
| Defendant | ) | |
| and | ) | |
| ECOLOGY & ENVIRONMENT, INC. | ) | |
| Defendant-Intervenor | ) | |

**CONSENT TO CHANGE OF COUNSEL**

I am the attorney of record for Defendant-Intervenor Ecology and Environment, Inc. Pursuant to RCFC 83.1(c)(4), I consent to a change in Defendant-Intervenor's attorney of record to Michael A. Branca of Peckar & Abramson, P.C.

Respectfully submitted,

Thomas C. Papson
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorney of Record for Ecology and Environment, Inc.