IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC., Plaintiff, v. THE UNITED STATES, Defendant. and ECOLOGY AND ENVIRONMENT, INC. Defendant-Intervenor | ) | No. 08-444C (Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of this Court, defendant, the United States, respectfully requests a 7-hour enlargement of time within which to file the administrative record. Currently, the administrative record is due at 5 pm EDT on June 30, 2008. The extension would bring the date for filing the administrative record to midnight, July 1, 2008. This is the defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff is not opposed to this motion and counsel for defendant-intervenor has indicated that defendant-intervenor is not opposed to this motion.

This 7-hour request for enlargement is necessitated by the fact that the record is not prepared to be filed by 5 pm. While all of the documents for the record have been gathered electronically, they still need to be numbered, labeled with the protected information label,

broken into files under 4 megabytes to be filed electronically,[1] and printed for the courtesy copy. Additionally, the paralegal that had been assisting in preparing the record has gone on vacation. Therefore, Government counsel had to find a new paralegal to accomplish these tasks today.[2]

The additional time requested is necessary to enable the Government to label, number and print the record, break several tabs into numerous four-megabyte files and file the record electronically.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 7 hours, through and including midnight July 1, 2008, within which to file the administrative record.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
by Todd M. Hughes
BRYANT G. SNEE
Deputy Director

---

[1] There are 47 tabs, consisting of well over 3,000 pages. Several of these tabs appear to be several times larger than four megabytes.

[2] Government counsel had anticipated that the record would be completed, with the exception of breaking down certain tabs into four megabyte files, before the paralegal left for vacation.

/s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-0302
Fax. (202) 307-0972

June 30, 2008

Attorneys for Defendant