# In the United States Court of Federal Claims

No. 08-444 C

(E-Filed: June 30, 2008)

WESTON SOLUTIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

and

ECOLOGY & ENVIRONMENT, INC.,

Defendant-Intervenor.

## ORDER

Before the court is Defendant's Unopposed Motion For Enlargement of Time (defendant's Motion), filed June 30, 2008. For the reasons contained therein, and because it is unopposed, defendant's Motion is GRANTED.

On or before July 1, 2008 at 12:00 a.m. Eastern Daylight Time defendant shall file a continuous Bates-stamped Administrative Record (AR) to include all documents[1] related to (i) the preparation and/or promulgation, including all amendments, of Solicitation No. PR-R5-07-10242 (the Solicitation); (ii) the proposals, including all amendments to proposals, submitted by Weston and Ecology in response to the Solicitation; (iii) the award of the contract under the Solicitation including, without

[1]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

limitation, all documents relating to the evaluation of the proposals of Weston and Ecology and all communications between Weston and defendant and all communications between Ecology and defendant; and (iv) all debriefing documents and records related to the debriefing of Weston.[2]

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge

---

[2]In addition to filing the Administrative Record (AR) electronically, one paper copy of the AR shall be provided to chambers through the Office of the Clerk of the Court no later than 12:00 p.m. Eastern Daylight Time (EDT) on Tuesday, July 1, 2008. The parties shall also, in accordance with the Rules of the United States Court of Federal Claims (RCFC) Appendix E, Part IV, ¶ 10, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.