IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WESTON SOLUTIONS, INC. | : | |
| Plaintiff, | : | |
| v. | : | No. 08-444C (Judge Hewitt) |
| THE UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| ECOLOGY AND ENVIRONMENT, INC. | : | |
| Defendant-Intervenor. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to RCFC 41(a)(1), Plaintiff, Weston Solutions, Inc., through its undersigned counsel, hereby dismisses this action, with prejudice.

Respectfully submitted,

Date: July 18, 2008

/s/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Ft. Washington, PA 19034
215-542-2777/215-542-2779(fax)
Attorney of record for
Weston Solutions, Inc.

Of Counsel:
Joseph A, Hackenbracht, Esquire
Timothy A. Sullivan, Esquire
Payne Hackenbracht & Sullivan